PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RICHARD STAMM II,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 4:25-cv-00646-HSG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further evaluate the prior administrative medical findings and medical opinions of record in accordance with 20 C.F.R. §§ 404.1520c and 416.920c;

- Reevaluate the claimant's residual functional capacity taking into account all of the opinion

evidence and other evidence of record;

- Offer the opportunity for a hearing;
- Take any further action needed to complete the administrative record; and
- Issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 27, 2025      By: /s/ Margaret Lehrkind
MARGARET LEHRKIND
(as authorized by email)
Attorneys for Plaintiff

Dated: March 27, 2025      PATRICK D. ROBBINS
Acting United States Attorney

By:    /s/ Erin Highland
ERIN HIGHLAND
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: 3/27/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

Stip. to Remand, [4:25-cv-00646-HSG]      2