PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RICHARD STAMM II,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 4:25-cv-00646-HSG<br><br>JUDGMENT |

   IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on 3/27/2025.

   JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 27th day of March, 2025

*[signature: Haywood S. Gilliam Jr.]*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge